IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARRIE BOATWRIGHT,

      Petitioner,

v.

MARK BRANNAN,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0821

Opinion filed April 1, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Claire Cubbin, Fort Lauderdale, for Petitioner.

No appearance for Respondent.

PER CURIAM.

      The petition for writ of prohibition is denied on the merits.

WOLF, BENTON, and RAY, JJ., CONCUR.